UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL WILEY-BEY

    Plaintiff,

vs.                                  CASE NO. 09-11423
                                       HON. LAWRENCE P. ZATKOFF

U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff, proceeding *pro se*, filed a Complaint for Mandamus Relief (Docket #1). This matter is currently before the Court on Magistrate Judge Scheer's Report and Recommendation that the Complaint be dismissed (Docket #3). Plaintiff has not filed any objections to the Report and Recommendation and the time for filing any objections has expired.

    After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, the Court hereby DISMISSES Plaintiff's Complaint for Mandamus Relief. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: August 3, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 3, 2009.

                              S/Marie E. Verlinde
                              Case Manager
                              (810) 984-3290